# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**LESTER NAZARENO DIAS CASTILLO ,**

v.

**WARDEN, CENTRAL VALLEY ANNEX DETENTION FACILITY ,**

**JUDGMENT IN A CIVIL CASE**

CASE NO: **1:26–CV–05784–TLN–SCR**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 7/31/2026 .**

ENTERED:    **July 31, 2026**          /s/  **Keith Holland**

Clerk of Court